NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**CARAVAN CANOPY INTERNATIONAL, INC.,**
*Appellant*

**v.**

**Z-SHADE CO., LTD., COSTCO WHOLESALE CORPORATION, LOWE'S HOME CENTERS, LLC, SHELTERLOGIC CORP.,**
*Appellees*

―――――――――

2022-1642

―――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01026, IPR2021-00449.

―――――――――

## JUDGMENT

―――――――――

STEPHEN M. LOBBIN, SML Avvocati PC, La Jolla, CA, argued for appellant.

LAUREN KATZENELLENBOGEN, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for all appellees.  Appellees Z-Shade Co., Ltd., Costco Wholesale Corporation also represented by KERRY S. TAYLOR, San Diego, CA; MICHAEL K. FRIEDLAND, Friedland Cianfrani LLP, Irvine, CA.

WILLIAM J. BROWN, JR., Brown Wegner LLP, Irvine, CA, for appellee Lowe's Home Centers, LLC.

DAMIAN KEVIN GUNNINGSMITH, Carmody Torrance Sandak & Hennessey LLP, New Haven, CT, for appellee ShelterLogic Corp.  Also represented by JOHN RICHARD HORVACK, JR.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 6, 2023
Date

Jarrett B. Perlow
Clerk of Court